RC    /195A

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Rodney L Hill and Serena M Hill                                    CASE NO:    4:10-bk-10612 M
                                                                                                     Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

Comes now the Court and finds that an order was entered on September 30, 2010 requiring the debtors to make specific payments to the Trustee and to file a modified plan. The order further provided that the case was to be dismissed if the payments were not submitted or if the plan was not modified. The court finds that the modified plan has not been filed; therefore, the case should be, and hereby is, dismissed for failure of the debtors to comply with the court's order of September 30, 2010.

IT IS SO ORDERED.

Dated:   10/25/2010

Date: _____                              _____

                                                                                    James G. Mixon
                                                                                    U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

      Gregory W. Harris                                           EOD  10/25/2010
      510 W 4Th Ste A                                             by A Smith
      N Little Rock, AR  72114

      Rodney L Hill and Serena M Hill
      6801 Talmage Dr
      Little Rock, AR  72204

      All Creditors